**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LEON McCALL, AIS 229186** | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.: 11-00507-KD-C** |
| | ) | |
| **BILLY MITCHEM,** | ) | |
| **Respondent.** | ) | |

**ORDER**

After due and proper consideration of all pleadings in this file, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 and dated March 30, 2012, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the **1st** day of **June 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**

1