## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| LEON McCALL, AIS 229186 )<br>    Petitioner, )<br>)<br>v. )<br>)<br>BILLY MITCHEM, )<br>    Respondent. ) | CIVIL ACTION NO.: 11-00507-KD-C |

### ORDER

After due and proper consideration of all pleadings in this file, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 and dated March 30, 2012, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the **1st** day of **June 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**