IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEON McCALL, AIS 229186        ) | |
|     Petitioner,        ) | |
| ) | |
| v.        ) | CIVIL ACTION NO.: 11-00507-KD-C |
| ) | |
| BILLY MITCHEM,        ) | |
|     Respondent.        ) | |

## JUDGMENT

In conjunction with the Order issued on this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the Petitioner's request for habeas corpus relief pursuant to 28 U.S.C. § 2254 is **DISMISSED** as time-barred pursuant to 28 U.S.C. § 2244(d). Further, the Petitioner is not entitled to a certificate of appealability and therefore, is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the **1st** day of **June 2012.**

    /s/ Kristi K. DuBose
    **KRISTI K. DuBOSE**
    **UNITED STATES DISTRICT JUDGE**